UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-116-6F

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY TAYLOR | ORDER |

THIS MATTER is before the Court pursuant to Defendant's unopposed motion to seal Docket Entry 202. The Court finds that good cause exists to seal Docket Entry 202. Therefore, Defendant's motion is GRANTED.

It is hereby ORDERED the document submitted through CM/ECF and identified as Docket Entry 202 shall be filed under seal by the Clerk.

It is further ORDERED that the Defendant, through Counsel, and the Government are permitted to receive certified copies of the sealed documents from the Clerk, upon request.

IT IS SO ORDERED.

This 1ST day of July 2011.

Hon. James C. Fox
Senior United States District Judge